RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/17/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CECIL L. BELIN, ET AL. | CIVIL ACTION NO. 11-0215 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INTERNATIONAL PAPER CO. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 31] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant International Paper Co.'s Motion to Dismiss [Doc. No. 6] is GRANTED IN PART, and that the instant complaint is DISMISSED, in its entirety, without prejudice to Plaintiffs' prosecution of Civil Action Number 10-1916. The motion is otherwise DENIED AS MOOT.

MONROE, LOUISIANA, this the 16 day of August, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE